UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TYRONE MICHAEL BRINKLEY                    CASE NO.

-v-

S. KIUCZNIK-(MAJOR) JAIL ADMINISTRATOR

K. DEKANY- DIRECTOR OF MEDICAL SERVICES

S. WILLIAMS- RN MANAGER

## COMPLAINT WITH JURY DEMAND

This is a civil rights action filed by Tyrone Michael Brinkley, a pretrial detainee, for damages and injunctive relief under 42 U.S.C. § 1983, alleging the denial of medical care in violation of the Eighth Amendment to the United States Constitution.

## JURISDICTION

1. The court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. § 1331 (1) and 1343.

## PARTIES

2. The plaintiff, Tyrone Michael Brinkley, was incarcerated at the Hernando County Detention Center during the events described in this complaint.

(1 of 8)

3. Defendant S. KLUCZNIK is the Detention Division Jail Administrator at the Hernando County Detention Center, and is responsible for reviewing all administrative grievances and appeals filed at the Hernando County Detention Center.

4. Defendant K. Dekany is the Director of Medical Services at the Hernando County Detention Center, and is responsible for ensuring provision of medical care to the inmates, specifically for scheduling appointments outside of the detention Center for specialized treatment or evaluation.

5. Defendant S. Williams is the RN Manager at the Hernando County Detention Center, and is responsible for medical care generally and the screening of inmate's health issues before referal to the Doctor/Care Provider.

6. All the defendants have acted, and continue to act, under color of state law at all times relevant to this complaint.

7. All the defendants are being sued in their individual and official capacity.

## FACTS

8. Before plaintiff's incarceration he was being seen by Dr. Hess, of the Florida Medical Group, for his Carpal Tunnel.

9. On or about April 2, 2021 Dr. Hess scheduled Carpal Tunnel Surgery.

10. The plaintiff was to have surgery on his left hand april 28, 2021, and a second surgery on his right hand may 12, 2021.

11. However, plaintiff was arrested april 14, 2021, and has been in the custody of the Hernando County Detention Center since april 28, 2021.

## DENIAL OF MEDICAL CARE

12. On april 29, 2021 plaintiff submitted a Medical Request complaining of his Carpel Tunnel, and the pain he was experiencing because of it.

13. The plaintiff's scheduled surgery date came up while he was in the custody of the Hernando County Detention Center.

14. On may 15, 2021 plaintiff informed the medical staff of his missed scheduled Carpal Tunnel surgery in a Medical Request.

15. Defendant S. Williams, RN Manager, responded to plaintiff's medical request stating to follow up with the procedure upon release, that it was "not medically necessary at this time".

16. On may 16, 2021 plaintiff filed a Medical Grievance informing medical staff he had no idea when he would be released from custody, and asked if he was being denied medical care.

17. On May 19, 2021 plaintiff was seen by RN Manager J. Savoy, during sick call and was told his medical records were being ordered from Dr. Hess.

18. Plaintiff was also advised to continue with prescribed care: Wrist brace(s), Ibuprofen and Tylenol.

19. Plaintiff's response to his grievance filed May 16, 2021 was by RN Manager J. Savoy and stated what was told to him at the sick call visit to

20. On June 5, 2021 plaintiff appealed the grievance requesting the decision to approve or deny the Carpal Tunnel Surgery.

21. Plaintiff also informed medical staff that the Bilateral wrist braces provided by medical, were ineffective because they lacked the "splints".

22. Defendant K. Dekany, Director of Medical Services, responded to the appeal June 7, 2021.

23. Defendant K. Dekany's response stated that plaintiff's medical records had not been received, and to continue prescribed care.

24. On July 10, 2021 plaintiff filed another appeal, complaining of pain and requested had his medical records arrived.

(4 of 8)

25. Defendant S. Williams, RN Manager, responded on July 11, 2021.

26. Defendant S. Williams' response was the same response given on May 15, 2021. "To have the Carpal Tunnel Surgery upon release, it is not medically necessary at this time".

27. This response was reviewed by defendant K. Dekany on July 14, 2021.

28. On information and belief, when an inmate files a grievance, the grievance staff calls the matter to the attention of those individuals responsible for the matter that the grievance concerns.

29. The plaintiff is still in great pain, and the prescribed care has been ineffective.

30. After 10 months the plaintiff has received no response from the medical department regarding the surgery, or his medical records.

31. On information and belief, if the plaintiff is not promptly provided with the surgery, and physical therapy, as directed by his Care Provider, Dr. Hess, he risks permanent injury.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

32. The plaintiff filed a grievance(s) complaining of pain due to Carpal Tunnel, and the denial of effective medical care by defendants S. Williams and K. Dekany.

33. The plaintiff filed administrative appeals concerning the denial of medical care by defendants S. Williams and K. DeKany.

34. The appeal responses were reviewed by Major S. Klucznik, defendant.

35. The appeal process is considered exhausted at the level of Major, who is the Detention Division Jail Administrator.

### CLAIMS FOR RELIEF

36. The defendant, S. Klucznik, was deliberately indifferent to plaintiff's aggrieved situation. He was a supervisory official, who knew or should have known of the violation of plaintiff's constitutional rights, was in a position to correct it and failed to do so.

37. The defendants, K. DeKany and S. Williams, failure to act on medical recommendation for surgery scheduled before plaintiff's incarceration, and the "obdurate refusal" to change plaintiff's prescribed care despite his reports that it was not working support a finding of taking an "easier but less efficacious course of treatment", and constitutes deliberate indifference to plaintiff's serious medical needs.

38. Though plaintiff received "some" medical care the gravamen of his problem(s) was not addressed.

## REQUESTED RELIEF

WHEREFORE, plaintiff requests that the court grant the following relief:

A. Issue a declaratory judgement stating that:

1- Defendant S. Klucznik's failure to take action to ensure plaintiff received adequate medical care violated plaintiff's rights under the Eighth Amendment to the United States Constitution, and constituted deliberate indifference.

2- Defendant K. Dekany and defendant S. Williams's actions in failing to provide adequate medical care for the plaintiff violated, and continue to violated, the plaintiff's rights under the Eighth Amendment to the United-States and constituted deliberate indifference.

B. Issue an injunction ordering defendants K. Dekany, S. Williams or their agents to:

1- Immediately arrange for plaintiff to be examined by a qualified physician.
2- Immediately arrange the plaintiff's need for Carpal Tunnel Surgery, physical therapy or other follow-up treatment to be evaluated by a medical practitioner with expertise in the treatment, restoration and function of hand and wrist surgery.
3- Carry out without delay the treatment directed by such medical practitioner.

(7 of 8)

C. Award compensatory damages in the following amounts:

1- $30,000 against defendant S. Klucznik for deliberate indifference to the plaintiff's unconstitutional treatment, and violation of his civil rights.

2- $75,000 jointly and severally against defendants K. DeKany and S. Williams for the physical and emotional injury resulting from their failure to provide adequate medical care of the plaintiff.

D. Award punitive damages in the following amounts:

1- $15,000 against defendant S. Klucznik.
2- $25,000 each against defendants K. DeKany and S. Williams.

April , 2022
Respectfully Submitted

*Tyrone M. Brinkley*
Tyrone M. Brinkley
#1300015503
Hernando County Detention Center
16425 SpringHill Drive
Brooksville, Florida
34604

(8 of 8)