UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TYRONE MICHAEL BRINKLEY,
    Plaintiff,

v.    Case No. 8:22-cv-821-TPB-AEP

S. KIUCZNICK, *et al.*,
    Defendants.
_____/

**ORDER DISMISSING CASE**

THIS CAUSE comes before the Court on review of the case file. On October 28, 2022, the Court granted Plaintiff's motion to proceed *in forma pauperis*. (Doc. 26). The order was mailed to Plaintiff's address of record, but was recently returned undeliverable, marked "inmate not in jail." (Doc. 28).

Plaintiff is obligated to keep his address current with the Court to effectively process this litigation, which he acknowledged when he signed the operative pleading in this case. (Doc. 22 at 11).

Due to Plaintiff's lack of prosecution in this matter, it is **ORDERED** that this case is **DISMISSED** without prejudice. The clerk must terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on December 5, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**